IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:09cr40-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>)<br>WILLIE GREGORY COLE, )<br>)<br>_____ ) | PRELIMINARY ORDER<br>OF FORFEITURE |

**THIS MATTER** is before the Court upon the Government's Motion for Forfeiture of Property. [Doc. 74]. In the Bill of Indictment in this case, the United States sought forfeiture of property of the Defendant as property that was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under 18 U.S.C. § 1594(b) and 21 U.S.C. § 853.

Defendant entered into a plea agreement; subsequently pled guilty to Count Three in the Bill of Indictment; and was adjudged guilty of the offense charged in those counts. In the plea agreement, Defendant has agreed to forfeit specific property as described below.

1

**IT IS THEREFORE ORDERED**:

1. Based upon Defendant's plea of guilty, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

> **One Llama .380 caliber pistol, serial number B43502 and ammunition,**
>
> **One Hi-Point model C9, 9mm pistol, serial number P1395392 and ammunition,**
>
> **One Glock 26, 9x19 pistol, serial number HVY787 and ammunition, and**
>
> **Approximately four rounds of R-P .380 ammunition.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and

shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: June 5, 2009

Martin Reidinger
United States District Judge