**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:09cr40**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER AND JUDGMENT** |
| **v.** | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| **(2) WILLIE GREGORY COLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion for
Final Order and Judgment Confirming Forfeiture. [Doc. 108].

On June 5, 2009, this Court entered a Preliminary Order of Forfeiture
pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), based upon
the Defendant's plea of guilty to Count Three in the Bill of Indictment. As
to that Count, the Defendant was convicted of conspiracy to commit armed
bank robbery, in violation of 18 U.S.C. § 371, and armed bank robbery, a
violation of 18 U.S.C. § 2113(d).

From August 27, 2009 through September 25, 2009, the United
States published via www.forfeiture.gov notice of this forfeiture and of the

intent of the Government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from August 27, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property.  It appears from the record that no such petitions have been filed.  Based on the record in this case, including the Defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

Accordingly, **IT IS, THEREFORE, ORDERED** that in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Llama .380 caliber pistol, serial number B43502 and ammunition,**

**One Hi-Point model C9, 9mm pistol, serial number P1395392 and ammunition,**

**One Glock 26, 9x19 pistol, serial number HVY787 and ammunition, and**

**Approximately four rounds of R-P .380 ammunition.**

**IT IS SO ORDERED.**

Signed: October 30, 2009

Martin Reidinger
United States District Judge