UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-40-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **WILLIE GREGORY COLE** ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion (Doc. No. 249) to Dismiss Violation One in the Supervised Release Violation Petition (Doc. No. 248).

The Court has reviewed the Motion and finds that good cause has been shown to justify the Motion to Dismiss.

Thus, the Motion (Doc. No. 259) is **GRANTED**, and Violation One in the Petition is hereby dismissed.

Signed: June 28, 2022

Max O. Cogburn Jr
United States District Judge